UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE WILBUR SCRIVER, )<br>)<br>Defendant. ) | No.: 3:13-CR-45-TAV-DCP-1 |

## **ORDER**

On April 14, 2025, this Court granted defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines [Docs. 2206, 2207]. Specifically, the Court reduced defendant's sentence to 235 months' imprisonment [*Id.*].

The government has now filed a motion for reconsideration, arguing that the Court's amended sentence went below the enhanced mandatory minimum sentence of 240 months' imprisonment, and asking the Court to amend its order to reduce defendant's sentence to a term of no less than 240 months [Doc. 2215]. Defendant has not responded, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.1(a).

For good cause shown, the government's motion for reconsideration [Doc. 2215] is **GRANTED**. An amended order granting defendant's sentence reduction and reducing his sentence to no less than 240 months will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE